**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**SHALONDA CAMPBELL
ADC #710039**                                                                                           **PLAINTIFF**

V.                             No. 1:11CV00088 DPM-BD

**JOHNNY JOHNSTON,** *et al.*                                                            **DEFENDANTS**

**ORDER**

Plaintiff Shalonda Campbell, an Arkansas Department of Correction ("ADC") inmate, filed this action pro se.  Because Ms. Campbell's original complaint was deficient, she was ordered to file an amended complaint providing more information regarding her federal (constitutional) claims.  She has now filed an amended complaint (docketed as exhibits).  (Docket entry #15)  Ms. Campbell has stated an excessive force claim against each of the named Defendants: Johnny Johnston, Kramer Jones, and Candy Ashby.  Accordingly, service is proper for those Defendants.

The Clerk of Court is directed to prepare a summons for Defendants Johnston, Jones, and Ashby; and the United States Marshal is directed to serve copies of the complaint (#2) and amended complaint (#15), with any attachments, and a summons for these Defendants through the Compliance Division of the Arkansas Department of Correction, P.O. Box 20550, Pine Bluff, Arkansas 71612 , without prepayment of fees and costs or posting security.

The Clerk of the Court also is instructed to re-docket Ms. Campbell's exhibits (#15) as her amended complaint.

IT IS SO ORDERED this 29th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE