## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

SHALONDA CAMPBELL
ADC #710039                                                    PLAINTIFF

V.                          No. 1:11CV00088 DPM-BD

JOHNNY JOHNSTON, *et al.*                                      DEFENDANTS

## <u>ORDER</u>

Plaintiff Shalonda Campbell, an Arkansas Department of Correction ("ADC")
inmate, filed this action pro se.  Because Ms. Campbell's original complaint was
deficient, she was ordered to file an amended complaint providing more information
regarding her federal (constitutional) claims.  She has now filed an amended complaint
(docketed as exhibits).  (Docket entry #15)  Ms. Campbell has stated an excessive force
claim against each of the named Defendants: Johnny Johnston, Kramer Jones, and Candy
Ashby.  Accordingly, service is proper for those Defendants.

The Clerk of Court is directed to prepare a summons for Defendants Johnston,
Jones, and Ashby; and the United States Marshal is directed to serve copies of the
complaint (#2) and amended complaint (#15), with any attachments, and a summons for
these Defendants through the Compliance Division of the Arkansas Department of
Correction, P.O. Box 20550, Pine Bluff, Arkansas 71612 , without prepayment of fees
and costs or posting security.

The Clerk of the Court also is instructed to re-docket Ms. Campbell's exhibits
(#15) as her amended complaint.

IT IS SO ORDERED this 29th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE