## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

SHALONDA CAMPBELL                                                    PLAINTIFF
ADC # 710039

v.                                    No. 1:11-cv-88-DPM

JOHNNY JOHNSTON, Correctional Officer,
McPherson Unit, ADC; KRAMER JONES,
Sergeant, McPherson Unit, ADC; and CANDY
ASHBY, Correctional Officer, McPherson Unit, ADC          DEFENDANTS

### ORDER

Shalonda Campbell has not objected to Magistrate Judge Beth M.
Deere's recommendation that Campbell's retaliation claim be dismissed.
Reviewing for clear factual error on the face of the record, FED. R. CIV. P. 72(b)
(1983 addition to advisory committee notes), and for legal error, the Court
adopts the recommendation as its own.

Partial Recommended Disposition, *Document No. 18,* adopted in full.
Campbell's retaliation claim is dismissed without prejudice.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_20 January 2012_