IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHALONDA CAMPBELL                                                    PLAINTIFF
ADC # 710039

v.                         No. 1:11-cv-88-DPM-BD

JOHNNY JOHNSTON, Correctional Officer,
McPherson Unit, ADC; KRAMER JONES,
Sergeant, McPherson Unit, ADC; and CANDY
ASHBY, Correctional Officer, McPherson Unit, ADC        DEFENDANTS

ORDER

On 8 August 2012 the Court ordered Campbell to supply a correct mailing address within 30 days. *Document No. 46*. The Court warned that her complaint would otherwise be dismissed. Campbell has not complied; and the deadline to comply has passed. Her complaint is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

Motion for summary judgment, *Document No. 39*, denied as moot. In the circumstances the Court also declines Judge Deere's recommendation, *Document No. 44*, as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>14 September 2012</u>