# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHALONDA CAMPBELL**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 710039**

v.　　　　　　　　　No. 1:11-cv-88-DPM

**JOHNNY JOHNSTON, Correctional Officer,
McPherson Unit, ADC; KRAMER JONES,
Sergeant, McPherson Unit, ADC; and CANDY
ASHBY, Correctional Officer, McPherson Unit, ADC**　　**DEFENDANTS**

## JUDGMENT

Campbell's complaint is dismissed without prejudice.

　　　　　　　　　　　　　　　　*D.P. Marshall Jr.*
　　　　　　　　　　　　　　　　D.P. Marshall Jr.
　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　14 September 2012